UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  **CV 16-3031-BRO (JEM)**                                Date  **August 1, 2016**

Title  **David Truth King v. V.P.D.**

Present: The Honorable    John E. McDermott, United States Magistrate Judge

| S. Anthony | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:   **(In Chambers) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER**

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On June 13, 2016, the Court issues a Memorandum and Order Dismissing Complaint with Leave to Amend.  Plaintiff had until July 13, 2016 to file a First Amended Complaint ("FAC").  He was cautioned that failure to do so by the deadline could result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with court order.

To date, Plaintiff has not filed a FAC.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than August 12, 2016[1].  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Filing of a First Amended Complaint consistent with the requirements of the Court's June 13, 2016 Order shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

cc: Parties

                                                                                                    :
                                                    Initials of Deputy Clerk              sa

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.