# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRUTH KING,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID HIRSH, et al.,<br><br>　　　　　　Defendants. | Case No. CV 16-3031-BRO (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED:  September 14, 2016

　　　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE